# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

craigslist, Inc., a Delaware corporation,

Plaintiff,

v.

George Berz d/b/a adbomber.com; and Does 1 through 25, inclusive,

Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **CV 08 5066 JCS**

E-filing

TO: (Name and address of defendant)
George Berz d/b/a adbomber.com, 7718 N. Carnegie Avenue, Fresno, CA 93722

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Brian P. Hennessy, Esq.
PERKINS COIE LLP
101 Jefferson Drive
Menlo Park, CA 94025-1114
Telephone: (650) 838-4300
Facsimile: (650) 838-4350

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOV 3 2008

Richard W. Wieking
CLERK

DATE

(BY) DEPUTY CLERK
ANNA SPRINKLES

NDCAO440

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

    ☐  Served Personally upon the Defendant. Place where served: _____

    _____

    ☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
        Name of person with whom the summons and complaint were left:

    ☐  Returned unexecuted:

    ☐  Other *(specify):*

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                      Date                                          Signature of Server

                                                            _____
                                                            Address of Server

AO 440 (Rev. 8/01) Summons in a Civil Action

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.