Brian Hennessy (SBN 226721)
E-mail: BHennessy@perkinscoie.com
**Perkins Coie LLP**
101 Jefferson Drive
Menlo Park, CA 94025-1114
Telephone: (650) 838-4300
Facsimile: (650) 838-4350

Elizabeth L. McDougall, WA Bar No. 27026 (*pro hac pending*)
E-mail: EMcDougall@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000

Attorneys for Plaintiff
craigslist, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| craigslist, Inc., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>George Berz d/b/a adbomber.com; and Does 1 through 25, inclusive,<br><br>Defendants. | **Case No. CV 08 5066 JCS**<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Pursuant to Civil L.R. 11-3, Elizabeth L. McDougall, an active member in good standing of the bar of the State of Washington; the Supreme Court of the United States; Court of Appeals, Ninth Circuit; United States District Courts, for the Western District of Washington, the Southern District of New York, and the Eastern District of New York, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing craigslist, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Brian Hennessy (SBN 226721)
> E-mail: BHennessy@perkinscoie.com
> Perkins Coie LLP
> 101 Jefferson Drive
> Menlo Park, CA 94025-1114
> Telephone: (650) 838-4300
> Facsimile: (650) 838-4350

I declare under penalty of perjury that the foregoing is true and correct.

DATED: Nov - 6, 2008

PERKINS COIE LLP

By: _____
Elizabeth L. McDougall
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
WA Bar No. 27026
Telephone: 206.359.6365
Fax: 206.359.7365
Email: EMcDougall@perkinscoie.com

Attorneys for Plaintiff
craigslist, Inc.

-2-    CASE NO. CV080066 JCS
APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611025320
Cashier ID: almaceh
Transaction Date: 11/07/2008
Payer Name: perkins cole
------------------------------------
PRO HAC VICE
 For: ELIZABETH L MCDOUGALL
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:           $210.00
------------------------------------
CHECK
 Check/Money Order Num: 968846
 Amt Tendered: $210.00
------------------------------------
Total Due:        $210.00
Total Tendered:   $210.00
Change Amt:       $0.00

C08-5066 JCS


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```