Brian Hennessy (SBN 226721)
E-mail: BHennessy@perkinscoie.com
**Perkins Coie LLP**
101 Jefferson Drive
Menlo Park, CA 94025-1114
Telephone: (650) 838-4300
Facsimile: (650) 838-4350

Elizabeth L. McDougall, WA Bar No. 27026 (*admitted pro hac vice*)
E-mail: EMcDougall@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000

Attorneys for Plaintiff
craigslist, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| craigslist, Inc., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>George Bertz d/b/a adbomber.com; and Does 1 through 25, inclusive,<br><br>Defendants. | Case No. C 08 5066 JCS<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: November 21, 2008 | **PERKINS COIE LLP** |
| 3 | | By: /s/ Brian Hennessy |
| 4 | | Brian Hennessy (SBN 226721) BHennessy@perkinscoie.com |
| 5 | | Elizabeth L. McDougall (WA Bar No. 27026) |
| 6 | | EMcDougall@perkinscoie.com |
| 7 | | Attorneys for Plaintiff craigslist, Inc. |