**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
───────────────
www.cand.uscourts.gov

Richard W. Wieking                                                                    General Court Number
Clerk                                                                                          415.522.2000

**November 24, 2008**

**CASE NUMBER:  CV 08-05066 JCS**
**CASE TITLE:  CRAIGSLIST INC.-v-GEORGE BERZ**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.

**Honorable Jeremy Fogel** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JF (RS)** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 11/24/08

                                                                FOR THE EXECUTIVE COMMITTEE:

                                                                _____
                                                                                                            Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                     Special Projects
Log Book Noted                                          Entered in Computer 11/24/08 ha


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                  Transferor CSA